IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAY D. CROUCH, M.D, <br>     Plaintiff, <br> v. <br><br> UNUM LIFE INSURANCE COMPANY <br> OF AMERICA, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 2:14-cv-01365 <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Ray D. Crouch, M.D. ("Plaintiff") and Defendants Unum Life Insurance Company of America, Life Insurance Company of America and Humility of Mary Health Partners ("Defendants"), by and through their counsel, having settled the within civil action, hereby stipulate to dismiss with prejudice this civil action, each party to pay its own attorneys' fees and costs.

Dated: June 15, 2015                 Respectfully submitted,

| s/ *WilliamJames Rogers* | /s/ *Tybe A. Brett* |
|---|---|
| William James Rogers, Esquire | Tybe A. Brett, Esquire |
| wjr@trc-law.com | tbrett@fdpklaw.com |
| Lisa R. Whisler, Esquire | Sarah Martin, Esquire |
| lrw@trc-law.com | smartin@fdpklaw.com |
| Thomson, Rhodes & Cowie | Feinstein, Doyle, Payne & Kravec, LLC |
| 1010 Two Chatham Center | Allegheny Building, 17th Floor |
| Pittsburgh, PA 15219 | 429 Forbes Avenue |
| Phone: (412) 232-3400 | Pittsburgh, PA 15219 |
| Fax: (412) 232-3498 | Phone: (412) 281-8400 |
| | Fax: (412) 281-1007 |
| *Attorneys for Defendant Unum Life* <br> *Insurance Company of America* | *Attorneys for Plaintiff Ray D. Crouch, M.D.* |

/s/ James A. Keller
James A. Keller, Esquire
jkeller@saul.com
Amy S. Kline, Esquire
akline@saul.com
Saul Ewing LLP
1500 Market Street, 38th Floor
Centre Square West
Philadelphia, PA 19102
Phone: (215) 972-7777
Fax: (215) 972-4152

*Attorneys for Defendant Life Insurance Company of North America*

/s/ Erin E. Magee
Erin E. Magee, Esquire
emagee@jacksonkelly.com
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV 25322
Phone: (304) 340-1360
Fax: (304) 340-1130

Daniel R. Michelmore, Esquire
drmichelmore@jacksonkelly.com
Jackson Kelly PLLC
1500 Three Gateway Center
401 Liberty Avenue
Pittsburgh, PA 15222
Phone: (412) 434-8809
Fax: (412) 434-8062

*Attorneys for Defendant Humility of Mary Health Partners*

BY THE COURT:

_____Maurice B. Cohill, Jr._____, J.
United States District Court

Dated: June 16, 2015